ACCEPTED
03-15-00113-CV
5291985
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 4:19:32 PM
JEFFREY D. KYLE
CLERK

 **RYAN LAW**

100 Congress Avenue, Suite 950 | Austin, Texas 78701 | 512.459.6600 Main | 512.459.6601 Fax
www.ryanlawllp.com

Doug Sigel
Partner

Direct Dial: 512.459.6611
E-Mail: Doug.Sigel@ryanlawllp.com

May 14, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/14/2015 4:19:32 PM

JEFFREY D. KYLE
Clerk

***Via Electronic Filing***

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

RE:  03-15-00113-CV; *EMC Corporation v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*; in the Court of Appeals for the Third Judicial District, Austin, Texas

Dear Mr. Kyle:

Regarding the above case, I plan to be out of the country on vacation on July 3, 2015 through July 25, 2015. I would appreciate it if you would not schedule oral submission for this case during the days that I am on vacation.

Sincerely,

Doug Sigel

Cc:  Rance Craft, via email at Rance.Craft@texasattorneygeneral.gov
Charles Eldred, via email at Charles.Eldred@texasattorneygeneral.gov